**Order filed March 5, 2020.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-20-00088-CV**

———————

**LILLIE SCHECHTER, JENNIFER HALVORSEN, GIORDAUN BETTY, AND THE HARRIS COUNTY DEMOCRATIC PARTY, Appellants**

**V.**

**GEORGE POWELL, Appellee**

---

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2019-88409**

---

## ORDER

This is an appeal from an order signed January 8, 2020. On February 14, 2020, appellant Natalia Cornelio filed a motion to voluntarily dismiss her appeal. *See* Tex. R. App. P. 42.1(a) The motion is **GRANTED.**

Appellant Natalia Cornelio is ordered **DISMISSED** from the appeal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.